UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.  CR06-149 RSM |
| ) | |
| v. ) | DETENTION ORDER |
| ) | |
| JEFFREY D. FRENCH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Date of hearing: January 4, 2007

Today I conducted a detention hearing on alleged violations of conditions of release.  After review of the record and hearing of the arguments regarding detention, defendant shall be detained.  The bond violations are numerous and include the alleged use of drugs and failure to stay in touch with Pretrial Services. Defendant shall remain detained pending an evidentiary hearing.

Dated this 4th day of January, 2007

                                                          MONICA J. BENTON
                                                          United States Magistrate Judge

ORDER- 1