UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-149-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JEFFREY DAVID FRENCH, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on February 6, 2009. The United States was represented by Assistant United States Attorney Sarah Y. Vogel, and the defendant by Allen R. Bentley. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 841(b)(1)(C). On or about January 19, 2007, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of twenty-seven (27) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse program, financial disclosure, submit to search, maintain single checking account and

employment restrictions

In a Petition for Warrant or Summons dated January 15, 2009, U.S. Probation Officer Brian K. Facklam asserted the following violations by defendant of the conditions of his supervised release:

(1) Using cocaine on or about December 31, 2008, in violation of standard condition 7 and the special condition requiring him to refrain from the use [of] illegal drugs.

(2) Using cocaine on or before January 14, 2009, in violation of standard condition 7 and the special condition requiring him to refrain from the use [of] illegal drugs.

(3) Associating with Brooke Goldensoph, AKA Brooke Cudmore, Brooke Gold, a convicted felon, in violation of standard condition 9.

On January 29, 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On February 6, 2009, this matter came before the Court for an evidentiary hearing. After being advised of his rights, defendant admitted to violation 1. Alleged violation 2 was dismissed without prejudice by the government and violation 3 was withdrawn by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Ricardo S. Martinez on February 20, 2009 at 11:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of February 2009.

*James P. Donohue*
—————————————
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Ms. Sarah Y. Vogel
Defendant's attorney: Mr. Allen R. Bentley
Probation officer: Mr. Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3