# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY DAVID FRENCH,<br><br>　　　　　Defendant. | NO. CR06-149-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 13, 2009. The United States was represented by Assistant United States Attorney Sarah Vogel, and the defendant by Lee Covell.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 841 (b)(1)(C). On or about January 19, 2007, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of twenty-seven (27) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse program, financial disclosure, search, up to 150 days RRC placement, maintain single checking account, self-employment prohibition, and association prohibition with Brooke Goldensoph.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1   In a Petition for Warrant or Summons, dated November 10, 2009, U.S. Probation

2 Officer Brian K. Facklam asserted the following violations by defendant of the conditions of

3 his supervised release:

4  (1) Committing the criminal offense of possession of cocaine, a felony, in

5    violation of the standard condition of supervision ordering that he not commit

6    another federal, state, or local crime.

7  (2) Committing the criminal offense of driving under the influence, in violation of

8    the standard condition of supervision ordering that he not commit another

9    federal, state or local crime.

10  (3) Failing to abstain from the use of alcohol in violation of the special condition

11    requiring that he do so.

12  (4) Failing to notify the probation officer within seventy-two hours of being

13    arrested in violation of standard condition 11.

14   The defendant was advised of his rights, acknowledged those rights, and admitted to

15 alleged violation 3. He denied alleged violations 1, 2 and 4 and requested an evidentiary

16 hearing before the Honorable Ricardo S. Martinez on the alleged violations.

17   I therefore recommend that the Court find the defendant to have violated the terms and

18 conditions of his supervised release as to violation 3 and that the Court conduct an evidentiary

19 hearing on alleged violation 1, 2 and 4. A disposition hearing on violations 3 and an

20 evidentiary hearing on alleged violations 1, 2 and 4 has been set for December 4, 2009 at 11:30

21 a.m. before the Honorable Ricardo S. Martinez.

22 //

23 //

24 //

25 //

26 //

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

Pending the final evidentiary hearing on alleged violations 1, 2 and 4, and the disposition hearing on admitted violation 3, defendant has been detained.

DATED this 13th day of November, 2009.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Ms. Sarah Vogel
Defendant's attorney: Mr. Lee Covell
Probation officer: Mr. Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3